# Court of Appeals
# of the State of Georgia

ATLANTA, _October 16, 2012_

*The Court of Appeals hereby passes the following order:*

**A13A0295.  THOMAS WOODROW VINES et al v. ANITA DESHA VINES.**

Thomas and Dianna Vines filed an action against Anita Vines, Thomas's ex-wife, seeking, inter alia, a citation of contempt based on her failure to comply with provisions of the parties' divorce decree.  Anita filed a counterclaim, and the trial court entered an order resolving all the parties' claims.  The plaintiffs then filed this notice of appeal.

Because this suit involves a petition for contempt based on alleged violations of a divorce decree, jurisdiction lies in the Supreme Court, which has appellate jurisdiction over "[a]ll divorce and alimony cases."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); see *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _10/16/2012_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*